FILED

08 MAR -5 PM 3:15

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 08 CR 0641 JLS |
| Plaintiff,         ) | |
| ) | I N D I C T M E N T |
| v.         ) | |
| ) | Title 8, U.S.C., |
| ISRAEL MORALES-AMARO (1),         ) | Sec. 1324(a)(2)(B)(ii) - |
| PABLO GUZMAN-ZACARIAS (2),         ) | Bringing in Illegal Aliens for |
| ) | Financial Gain; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting; |
| Defendants.         ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| ) | (v)(II) - Transportation of |
| ) | Illegal Aliens and Aiding and |
| ) | Abetting |

The grand jury charges:

Count 1

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Angel Rodriguez-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
3/5/08

### Count 2

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Angel Rodriguez-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

### Count 3

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvesa Rosales-Trinidad, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alvesa Rosales-Trinidad, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rigoberto Guerrero-Rosas, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

## Count 6

On or about February 19, 2008, within the Southern District of California, defendants ISRAEL MORALES-AMARO and PABLO GUZMAN-ZACARIAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rigoberto Guerrero-Rosas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 5, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

4