1  Donald A. Nunn, Esq.  SBN 54232
   13426 Community Road
2  Poway, CA 92064
   Telephone: (858)748-8612
3  Facsimile:  (858)748-8610

4  Attorney for Defendant, Israel Morales-Amaro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  08CR0641-JLS |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTION AND MOTION TO: |
| vs. | ) | |
| ISRAEL MORALES-AMARO, PABLO GUZMAN-ZACARIAS, | ) | 1) COMPEL FURTHER DISCOVERY; AND 2) LEAVE TO FILE FURTHER MOTIONS |
| Defendants. | ) | DATE:    4/11/08  TIME:    1:30 p.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY and
      SABRINA FEVE, ASSISTANT UNITED STATES ATTORNEY:

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **April 11, 2008 at 1:30 p.m.,** or as soon thereafter as Counsel may be heard, the Defendant, ISRAEL MORALES-AMARO, by and through his counsel, Donald A. Nunn, will ask this Court to enter an order granting the motions listed below.

/ / /

/ / /

**MOTION**

ISRAEL MORALES-AMARO, the Defendant in this case, by and through his attorney, Donald A. Nunn, pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel Discovery; and

2) Leave to file further motions.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other matters that may come to this Court's attention prior to or at the time of the hearing on this motion.

Date: March 14, 2008

                                                Respectfully submitted,

                                                _____s/Donald A. Nunn_____
                                                Donald A. Nunn,
                                                Attorney for Defendant ISRAEL MORALES-
                                                 AMARO

**CERTIFICATE OF SERVICE**

I, Donald A. Nunn declare that:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to this action; and I am employed in the County of San Diego, California. My business address is 13426 Community Road. Poway, California.

I caused to be served by electronic mail on March 14, 2008:

NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS

to the following:

- **John C Ellis , Jr**
  john_ellis@fd.org,marylou_belteton@fd.org

- **Neil R Trop**
  neiltroplaw@hotmail.com

- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov

    s/Donald A. Nunn
Donald A. Nunn,
Attorney for Defendant ISRAEL MORALES-
AMARO