UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. **08CR641-JLS** |
| Plaintiff ) | **08MJ512** |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| **Israel Morales-Amaro,** ) | |
| **et. al.** ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Jose Angel Rodriguez-Garcia**

DATED: **4-1-08**

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk