|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | PETER J. MAZZA |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 239918 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5528/(619) 235-2757 (Fax) |
|   | Email: peter.mazza@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8   UNITED STATES DISTRICT COURT

9   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Case No. 08CR0641-JLS |
|----|---|---|---|
|    |   | ) |   |
| 11 | Plaintiff, | ) |   |
|    |   | ) | NOTICE OF APPEARANCE |
| 12 | v. | ) |   |
|    |   | ) |   |
| 13 | ISRAEL MORALES-AMARO, | ) |   |
|    | PABLO GUZMAN-ZACARIAS, | ) |   |
| 14 |   | ) |   |
|    | Defendants. | ) |   |
| 15 |   | ) |   |
|    |   | ) |   |
| 16 | _____ | ) |   |

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19   I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21   The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25   <u>Name</u>

26   None

27   / / / /

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

NONE

Please call me if you have any questions about this notice.

DATED: May 11, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ Peter J. Mazza
    _____
    PETER J. MAZZA
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: peter.mazza@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                    )<br>       Plaintiff,                   )<br>                                    )<br>       v.                           )<br>                                    )<br>                                    )<br>ISRAEL MORALES-AMARO,               )<br>PABLO GUZMAN-ZACARIAS,              )<br>                                    )<br>       Defendants.                  )<br>                                    ) | Case No. 08CR0641-JLS<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. Donald Nunn, ESQ.
   2. John Ellis, ESQ.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 11, 2008.

                                       s/ Peter J. Mazza
                                       PETER J. MAZZA

Notice of Appearance
United States v. Israel Morales-Amaro, et. al.                                              08CR0641-JLS